In re: The Petition of: R. M. C., III, Petitioner v. J. D. L., Respondent E. A. T. for the adoption of a Child Child No. 22SC322
Supreme Court of Colorado, En Banc
July 25, 2022
 Court of Appeals Case No. 21CA520 
 
 Petition for Writ of Certiorari DENIED. 
 CHIEF JUSTICE BOATRIGHT and JUSTICE MÁRQUEZ would grant as to the following issues: 
 Whether an adoption automatically terminates a previously issued order allocating parental responsibilities over the adopted child. 
 Whether a court can require an adoptive parent to follow an order allocating parental responsibilities over the adopted child when that adoptive parent was not a party to the Allocation of Parental Responsibility ("APR") proceedings that produced the order. 
 1